JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHUN LI,<br><br>              Petitioner,<br><br>        v.<br><br>TODD M. LYONS, et al.,<br><br>              Respondents. | **Case No. CV 5:25-03069 CV (RAO)**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is granted.

DATED:  2/23/26



_Cynthia Valenzuela_
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE